PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

**United States District Court**    District **Southern District of Indiana**

Name: Ervon Sanders    Prisoner No. 256798    Case No. 2:23-cv-00171-JRS-MJD

Place of Confinement: Putnamville Correctional Facility

Name of Petitioner: ERVON SANDERS    Name of Respondent: D. ZATECKY

V.

The Attorney General of the State of Indiana

### PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Putnamville Correctional Facility / 1946 W. US. Hwy. 40 / Greencastle, In. 46135

2. Date of Guilt determination: 11/21/22

3. Sanctions imposed: 90 days earned credit time / credit class 1-2

4. Nature of rule infractions involved (all counts) Possession of weapon

5. What was your plea? (Check one)
    a. (a) Not guilty    ☒
    b. (b) Guilty    ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
    a. Screening Officer Hearing    ☐
    b. (b) Full Hearing    ☒

7. Did you testify at your disciplinary hearing?
    a. Yes ☒    No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
    a. Yes ☒    No ☐

**FILED**
**04/05/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

9. If you did appeal, answer the following:

    a) Name and title of Reviewing Authority: D. Zatecky "Warden"

    b) Result Denied: Denied

    c) Date of result 12/1/22

    d) Grounds raised: Camera footage certain time "Denied" / Request for certain individuals around 12N - 4A location to be identified "witness' / Plaintiff can identify the person who place this weapon in his area by seeing a picture of him / Requested picture of evidence "Denied" / Requested confiscation notice "Denied" Was denied due processing and procedural rights.

    e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

        1) Name and title of Higher Reviewing Authority: Matthew Brown / Appeal Officer

        2) Result Denied: Denied

        3) Date of result 2/20/23

    f) Grounds raised: Camera footage certain time "Denied" / Request for certain individuals around 12N - 4A location to be identified "witness' / Plaintiff can identify the person who place this weapon in his area by seeing a picture of him Requested picture of evidence "Denied" / Requested confiscation notice "Denied" Was denied due processing and procedural rights.

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (1) Name of court ______________________________

    (2) Nature of proceeding ______________________________

    ______________________________

    (3) Grounds raised ______________________________

    ______________________________

    ______________________________

    ______________________________

Case 2:23-cv-00171-JRS-MJD    Document 2    Filed 04/05/23    Page 3 of 4 PageID #: 4

a) GROUND ONE: Camera Footage
SUPPORTING FACTS: Requested to have a certain time on the camera footage reviewed to show who planted the evidence in my area and was denied.

b) GROUND TWO: Witnesses
SUPPORTING FACTS: Requested to have certain individuals identified in the camera footage and was denied. Plaintiff can identify the person who place this weapon in his area by seeing a picture of him.

c) GROUND THREE: Confiscation Notice
SUPPORTING FACTS: Requested to have a confiscation notice of the evidence taken in this case and was denied.

12. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____

_____

_____

13. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

Yes ☐    No ☒

14. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

a) At Disciplinary hearing No
b) At Institutional Level Appeal: No
c) At I.D.O.C. Level Appeal: No

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*/s/ Ervon Sanders*
Signature of Petitioner

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on

DATE: March 28, 2023

*/s/ Ervon Sanders*
Signature of Petitioner

## *CERTIFICATE OF SERVICE*

I, Ervon Sanders, hereby certify that on this 28 day of March, 2023, I served a true and correct copy of the foregoing Petition under 28 USC § 2254 For Writ Of Habeas Corpus upon the Attorney General of Indiana, Indiana Government Center South, Fifth Floor, 302 W. Washington Street, Indianapolis, Indiana 46204; by ordinary, first class, postage prepaid, United States Mail.

*/s/ Ervon Sanders*
Signature of Petitioner